COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:   Doug Franke v. Leonardo Palau, M.D. and Houston Center For Infectious Diseases, P.A.

Appellate case number:   01-18-00424-CV

Trial court case number:   2014-58443

Trial court:   270th District Court of Harris County

The motion for rehearing filed by Appellant Doug Franke is **denied**.

Justice's signature:   /s/ Gordon Goodman
                                  Acting for the Court

Panel consists of: Chief Justice Radack and Justices Goodman and Countiss

Date:  July 2, 2019